Christine A. Montenegro, Esq.
(Attorney ID No. 038362000)
Andrew W. Breland, Esq.
(Attorney ID No. 284772021)
KASOWITZ BENSON TORRES LLP
One Gateway Center, Suite 2600
Newark, New Jersey 07102
(973) 645-9462
CMontenegro@kasowitz.com
ABreland@kasowitz.com

*Attorneys for Plaintiff Amzak Little Falls, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMZAK LITTLE FALLS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>YAAKOV KLUGMANN, RIVKA KLUGMANN, and 145 LF LLC,<br><br>                    Defendants. | Case No. 25-cv-584<br><br>Hon. Georgette Castner<br>Hon. Tonianne J. Bongiovanni<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

AMZAK LITTLE FALLS, LLC ("Plaintiff"), by and through its counsel, gives Notice of Voluntary Dismissal of the entire action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This Notice is appropriate as no Defendant has served an Answer or Motion for Summary Judgment. This dismissal is without prejudice, and is effective immediately.

1

Dated: New York, New York
January 22, 2025

                Respectfully submitted,

                **KASOWITZ BENSON TORRES LLP**

                By: _/s/ Andrew W. Breland_
                Christine A. Montenegro, Esq.
                (Attorney ID No. 038362000)
                Andrew W. Breland, Esq.
                (Attorney ID No. 284772021)
                One Gateway Center, Suite 2600
                Newark, New Jersey 07102
                (973) 645-9462
                CMontenegro@kasowitz.com
                ABreland@kasowitz.com

                _Attorneys for Plaintiff Amzak Little Falls, LLC_

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of such filing.

*/s/ Andrew Breland*
Christine A. Montenegro, Esq.
(Attorney ID No. 038362000)
Andrew W. Breland, Esq.
(Attorney ID No. 284772021)
One Gateway Center, Suite 2600
Newark, New Jersey 07102
(973) 645-9462
CMontenegro@kasowitz.com
ABreland@kasowitz.com

*Attorneys for Plaintiff Amzak Little Falls, LLC*
