Christine A. Montenegro, Esq.
(Attorney ID No. 038362000)
Andrew W. Breland, Esq.
(Attorney ID No. 284772021)
KASOWITZ BENSON TORRES LLP
One Gateway Center, Suite 2600
Newark, New Jersey 07102
(973) 645-9462
CMontenegro@kasowitz.com
ABreland@kasowitz.com

*Attorneys for Plaintiff Amzak Little Falls, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMZAK LITTLE FALLS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>YAAKOV KLUGMANN, RIVKA KLUGMANN, and 145 LF LLC,<br><br>                    Defendants. | Case No. 25-cv-584<br><br>Hon. Georgette Castner<br>Hon. Tonianne J. Bongiovanni<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

AMZAK LITTLE FALLS, LLC ("Plaintiff"), by and through its counsel, gives Notice of Voluntary Dismissal of the entire action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This Notice is appropriate as no Defendant has served an Answer or Motion for Summary Judgment. This dismissal is without prejudice, and is effective immediately.

1

Dated: New York, New York
       January 22, 2025

                        Respectfully submitted,

                        **KASOWITZ BENSON TORRES LLP**

                        By: */s/ Andrew W. Breland*
                        Christine A. Montenegro, Esq.
                        (Attorney ID No. 038362000)
                        Andrew W. Breland, Esq.
                        (Attorney ID No. 284772021)
                        One Gateway Center, Suite 2600
                        Newark, New Jersey 07102
                        (973) 645-9462
                        CMontenegro@kasowitz.com
                        ABreland@kasowitz.com

                        *Attorneys for Plaintiff Amzak Little Falls, LLC*

It is so ordered this 23rd day of January, 2025.

*/s/ Georgette Castner*
Georgette Castner, U.S.D.J.